**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 22 MM 2021 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LEONARD F. ADAMS, JR., | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file the already-prepared Petition for Allowance of Appeal within five days.